KELLEY v. DONNELLY.

**Attachment:** AVERMENTS OF PETITION. A petition for an attachment which fails to state that something is due from the defendant to the plaintiff, and as near as practicable the amount thereof, is insufficient to sustain the writ. Following *Blakely* v. *Bird*, 12 Iowa, 601.

*Appeal from Floyd District Court.*

MONDAY, JUNE 13.

ACTION by ordinary proceedings. An attachment is prayed for and was issued upon the original petition. An

amended petition was subsequently filed. Defendant moved to quash the attachment, because, among other reasons, the petition does not aver that something is then due from defendant to plaintiff. The motion was over-ruled. From this ruling of the court defendant appeals.

*Starr & Patterson* for the appellants.

*Pratt & Root* for the appellee.

BECK, J.—Neither the petition nor amended petition complies with the requirements of the Revision, section 5175, in stating that something is due from the defendant to plaintiff, and as nearly as practicable, the amount, which is declared necessary in order to authorize the issuing of an attachment. It has been ruled by this court that such an averment is necessary, and when not made the writ should be quashed. *Blakely* v. *Bird*, 12 Iowa, 601. Following this decision, we hold that the court below erred in overruling the motion to quash.

Reversed.